IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LD ASSOCIATES, INC., <br><br> Plaintiff/Defendant in Counterclaim, <br><br> v. <br><br> DAVID KRANT and ELIZABETH KRANT, <br><br> Defendants/Plaintiffs in Counterclaim <br><br> v. <br><br> LD BUILDERS, LLC, DAVID A. WARD and MATTHEW A. WARD, <br><br> Defendants in Counterclaim. | Docket No. <br> 3:09-cv-30059 |

[~~Joint Proposed~~] ORDER

*MAP*
*10·8·10*

The Court ORDERS as follows:

1. The Mutual Settlement and Release Agreement ("Agreement"), between Defendant/Plaintiffs in Counterclaim David Krant and Elizabeth Krant (the "Krants") and Plaintiff LD Associates, Inc., and Defendants in Counterclaim LD Builders LLC and David A. Ward (collectively, the "LD Defendants") is binding and enforceable on the Krant and the LD Defendants, as modified herein. The Agreement is attached herewith as Exhibit A and incorporated by reference herein. Defined terms in the Agreement shall have the same meaning as in this Order, unless modified.

2. In light of the late start date, a Revised Scheduling, Inspection and Work Plan is attached to this Order as Exhibit B ("Scheduling Plan"). As the Scheduling Plan has

1

18370

been provided by the Krants and the LD Defendants to the Court, the Scheduling Plan shall modify and supplement the Agreement.

3. With the sole exception of the extension for sod installation set forth in the Scheduling Plan, Paragraph 9, the LD Defendants shall complete all of the Work by no later than November 30, 2010 ("Absolute Completion Date").

4. In the event that delays occur, which are reasonably attributable to the Krants or inclement weather and due to no other reason, and which affect the LD Defendants' ability to finish the Work by the Absolute Completion Date, the LD Defendants, through counsel shall, first, confer with the Krants' counsel to determine if the parties can agree to a revised Absolute Completion Date, and absent an agreement, then the LD Defendants shall immediately file an emergency motion seeking relief from the Court setting forth in detail the cause of the delay. The Krants may oppose the motion stating their reasons for such opposition and may seek relief including but not limited to an extension of the warranty period, if necessary.

5. Notwithstanding the dispute resolution procedures in the Agreement, if any dispute arises in connection with the Work or any aspect of the Agreement or this Order prior to the Absolute Completion Date, either party may file an emergency motion with the Court seeking immediate relief including sanctions, and the Court shall be the arbiter of the dispute.

6. The LD Defendants shall pay $1000 to the Krants for the costs of their experts as required by the Agreement by no later than October 8, 2010.

7. The LD Defendants and the Krants shall mutually cooperate to cause the Closing to occur, in accordance with Section 2.1 of the Agreement, by no later than October 13, 2010.

8. Except for the modifications made to the Agreement herein, all other aspects of the Agreement are in full force and effect.

9. Notwithstanding paragraph 3 of the Agreement, the Court's June 3, 2010 Order staying the proceedings remains in effect as between the Krants and the LD Defendants. If this Order is satisfied by the Absolute Completion Date, the Parties shall file a stipulation of dismissal and this matter shall be dismissed. If this Order is not satisfied prior to the Absolute Completion Date, the Parties shall each file a status report to the Court, prior to the Absolute Completion Date, detailing the issues that remain to be resolved and requesting further relief.

Respectfully submitted,
LD ASSOCIATES, INC., LD BUILDERS, LLC, and DAVID A. WARD
By their attorney

/s/ Thomas J. Hamel

Thomas J. Hamel, Esq.
B.B.O. #552106
Mary F. Courtney, Esq.
B.B.O #657464
65 Bartlett Avenue
Pittsfield, Massachusetts 01201
Phone: (413) 443-4445
Fax:   (413) 443-4448

Dated: October 5, 2010

Respectfully submitted,
DAVID KRANT and ELIZABETH KRANT
By their attorney

/s/ Christopher Hennessey

Christopher Hennessey
B.B.O. #654680
Cohen, Kinne, Valicenti and Cook,
28 North Street, 3rd Floor,
Pittsfield, MA 0120101201
Phone: 413.553.0406
Fax: 413.553.0335

ADOPTED AND SO ORDERED.

Michael P. Ponsor USDJ

10·8·10

18370